**Order entered August 17, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00307-CV

**THIEN AN VO, Appellant**

**V.**

**HARRIS COUNTY COMMISSIONERS COURT, ET AL., Appellees**

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2020-72816**

### ORDER

Before the Court is appellant's August 13, 2021 letter informing the Court that the reporter's record filed August 5, 2021 is missing the record of the proceeding held on May 10, 2021. Accordingly, we **ORDER** Ms. Darlene Stein, Official Court Reporter for the 133rd Judicial District Court, to file a supplemental reporter's record of that proceeding no later than August 31, 2021 and **RESET** the deadline for the filing of appellant's brief to thirty days from the filing of the supplemental reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Stein and the parties.

/s/     KEN MOLBERG
        JUSTICE